UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-61756-CIV-SEITZ / McALILEY

WALLY E. DROSSIN,

    Plaintiff,

v.

PHILLIPS AND COHEN ASSOCIATES, LTD.

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

### INTRODUCTION

1.    Plaintiff brings this action to secure redress against unlawful debt collection practices engaged in by Defendant. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k of the Fair Debt Collection Practices Act. Venue in this District is proper because Plaintiff resides here and the Defendant placed telephone calls to the Plaintiff at her residence.

## PARTIES

3. Plaintiff, Wally E. Drossin ("the consumer"), is an individual who resides in the Southern District of Florida. Contrary to the statements in Defendant's communications to Plaintiff, Plaintiff was and is now living.

4. Defendant, Phillips and Cohen Associates, Ltd. ("the debt collector"), is a corporation with its principal place of business at 695 Rancocas Road, Westampton, New Jersey 08060.

5. The debt collector regularly uses the United States Mail and or instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts or regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined in the FDCPA.

## FACTS

6. On April 27, 2006, Defendant sent Plaintiff the collection letter attached as Exhibit A ("the collection letter"), seeking to collect an alleged debt incurred for personal, family or household reasons. Plaintiff received it shortly thereafter.

7. At all times material to the allegations in this complaint, Defendant was seeking to collect an alleged debt from the Plaintiff arising from a credit card used for personal, family or household reasons.

8. Subsequent to the debt collection letter and at a time within one year of the filing of this complaint, Defendant left a telephone message for the Plaintiff on her home telephone which stated:

> This message is for the person handling the final affairs for Wally Drossin. My name is Tyler. Hopefully you got our letter. I need a return phone call from you now. My number is 1-800-477-6441 and reference file number 4742543. Thank you.

## COUNT I – FAIR DEBT COLLECTION PRACTICES ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. The debt collection letter does not contain the notice informing the consumer of her right to dispute the validity of the debt as required by §1692g(a) of the FDCPA.

11. The debt collector is did not disclose in its telephone call to the consumer that it was a communication from a debt collector as required by §1692e(11). See <u>Foti v. NCO Fin. Sys.</u>, 424 F. Supp. 2d 643 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (D. Fla. 2006)

12. Defendant thereby violated, including but not limited to, §§1692g(a) and 1692e(11) of the FDCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Statutory damages;

3

  b. Attorney's fees, litigation expenses and costs of suit;

  c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _17_ day of November, 2006.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>
>By: _____
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658

# EXHIBIT A

695 Rancocas Road  
Westampton, NJ 08060  
Return Service Requested

**Phillips & Cohen Associates, Ltd.**  
Ph 800-259-6991  
Fx 302-368-0970

04/27/06

Office Hours:  
M - Th: 8am - 9pm  
Fri: 8am - 6pm  
Sat: 8am-12pm

WALLEY E DROSSIN  
2731 NE 14TH STREET CSWY APT 732  
POMPANO BEACH FL   33062-3545  
|..||..||.||....||....|.|..||..|.|..|..|.|.|.|..|...|.||.|..|

258 Chapman Rd  
Suite 205  
Newark, DE 19702

Account #: 4742543  
Balance: $5138.92

--- 

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re:  Client:                  **LVNV Funding, LLC**  
     Original Creditor:       **Providian Financial Corp**  
     Client Acct#:            **4479480400750624**  
     Our Acct#:               **4742543**  
     Balance:                 **$5138.92**

To the Estate of WALLEY E DROSSIN:

Phillips & Cohen Associates has been retained by LVNV Funding, LLC to recover the debt owed to them on the above referenced account. By placing this account with us, LVNV Funding, LLC has indicated that this financial obligation is still outstanding. Therefore we would like to afford you, on behalf of the above referenced Estate, the opportunity to resolve this matter and avoid further collection activity.

Please understand that our intent is not to cause you any additional anxiety. Our preference is to work with you to reach a reasonable solution. Therefore, we would like to offer you the chance to fulfill this contractual agreement by doing one of the following:

1) Send payment in the amount of $3340.30. This will change the status of this account to 'settled in full'.  
   If you select this option there will be no further activity or attempts to collect any remaining portion.  
2) Send a down payment of at least 10% of the amount owed along with your proposal for monthly payment terms.  
3) Call our office to discuss a repayment plan.

To take advantage of this opportunity, please return this notice with payment in the envelope provided or contact our office at above referenced number.

Sincerely,

Adam S. Cohen  
Co-Chairman/CEO

** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Phillips & Cohen Associates, Ltd. • 695 Rancocas Rd, • Westampton NJ 08060 • (800) 259-6991

(QESP)30:T015:001696:001:1000:06117:PU01:PCAL590:01:

PCAL590

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**
Wally E. Drossin

06-61756 CIV-SEITZ / McALILEY

**DEFENDANTS**
Phillips & Cohen Associates, LTD

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, **MONROE**, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** __1-2__ days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 362 Pers. Injury-Med Malpractice | | | |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury-Prod. Liability | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending B | | ☐ 850 Securities /Commodities /Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 |
| ☐ 290 All Other Real Property | | | | |

Additional "A OTHER STATUS" entries:
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions* *A or B

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A ☐ UNDER F.R.C.P.23
CLASS ACTION No
DEMAND $ N/A
☐ Check YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____
DOCKET NUMBER _____

DATE November 17, 2006   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F K-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 538769   Amount: 350.00
Date Paid: _____   M/ifp: _____